IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| K.M. | : | |
| | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | FILE NO.: 1:22-cv-03991-TWT |
| | : | |
| REVA PROPERTIES, LLC | : | |
| d/b/a SUPER 8 | : | |
| | : | |
|     Defendant. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff and Defendant as all parties who have appeared in this action and, pursuant to Rule 41(a)(1)(ii) hereby stipulate and agree to dismiss this action with prejudice with all parties to bear their own costs and legal fees.

## CERTIFICATION OF COMPLIANCE

The undersigned counsel of record certifies that the foregoing Stipulation of Dismissal With Prejudice has been prepared with Times New Roman, 14-point font, in compliance with the Northern District Local Rule 5.1(C).

This 16th day of September 2024.

**THE STODDARD FIRM**

 */s/ Patrick Hannon*
Matthew B. Stoddard
Georgia Bar No. 558215
Patrick J. Hannon
Ga. Bar No.: 074321
***Attorneys for Plaintiff***
1534 N. Decatur Road
Atlanta, Georgia 30307
PHONE: (470) 467-2200
FAX: (470) 467-1300
matt@legalhelpga.com
pat@legalhelpga.com

**FREEMAN MATHIS & GARY, LLP**

*/s/ Jennifer Adair (with E.P.)*
Jennifer C. Adair
Georgia Bar No. 001901
Jacob E. Daly
Georgia Bar No. 203723
***Attorneys for Defendant***
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
T: (770) 818-0000
Fax: (770) 937-9960
 jadair@fmglaw.com
jdaly@fmglaw.com

# CERTIFICATE OF COMPLIANCE & SERVICE

This is to certify that the foregoing document has been prepared with one of the following font and point selections approved by the Court in L.R. 5.1. Specifically, the pleading was prepared using Times New Roman font, point 14. I further certify that I have served a true and correct copy of the foregoing upon all counsel of record using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record:

**<u>Attorneys for Defendant:</u>**
Jennifer C. Adair, Esq.
Jacob E. Daly, Esq.
Freeman Matthis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339
jadair@fmglaw.com
jdaly@fmglaw.com

This 16th day of September, 2024.

*/s/ Patrick J. Hannon*
Patrick J. Hannon, Esq.